**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | |
|---|---|
| LAURAL LIRONES, et al., | ) CASE NO. 5:23-CV-02087-BMB |
|  | ) |
| Plaintiff, | ) JUDGE BRIDGET MEEHAN BRENNAN |
|  | ) |
| vs. | ) |
|  | ) **STIPULATED MOTION FOR LEAVE** |
| LEAF HOME WATER SOLUTIONS, LLC, | ) **TO PLEAD** |
|  | ) |
| Defendant. | ) |
|  | ) |

Plaintiff Laurel Lirones, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), by and through counsel, do hereby stipulate that Defendant Leaf Home Water Solutions, LLC ("Leaf Home") shall have an extension of time of thirty (30) days from the current deadline, up to and including **Tuesday, January 2, 2024**, to move, plead, or otherwise respond to Plaintiffs' Complaint in this Action. Leaf Home has neither requested nor received any prior extensions in the above-referenced cause of action.

Dated: November 20, 2023

*s/Brian T. Giles (via email consent)*
BRIAN T. GILES
**GILES & HARPER – CINCINNATI**
7247 Beechmont Avenue
Cincinnati, Ohio 45230
Telephone: 513.379.2715
Email: bgiles@gilesharper.com

*Attorney for Plaintiffs Laurel Lirones, et al.*

Respectfully submitted,

*s/ Allyson R. Cady*
ALLYSON R. CADY (0098830)
**BENESCH, FRIEDLANDER, COPLAN &**
  **ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: acady@beneschlaw.com

*Attorney for Leaf Home Water Solutions, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, a copy of the foregoing document was filed electronically via the Court's e-filing system.  Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Allyson R. Cady*
ALLYSON R. CADY (0098830)
*Attorney for Leaf Home Water Solutions, LLC*
