UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREL LIRONES, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO.: 5-23-cv-02087 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) ) | |
| LEAF HOME WATER SOLUTIONS, LLC, | ) ) | **CASE MANAGEMENT ORDER** |
| Defendant. | ) | |

The Case Management Conference ("CMC") in this matter was held on November 12, 2024. Attorney Avi Kaufman participated on behalf of Plaintiff. Attorneys Mark Eisen and Nora Cook participated on behalf of Defendant.

The parties and counsel of record agreed to the following, and **IT IS SO ORDERED** that:

1. This case is assigned to the **complex** track.

2. This case will be referred for Alternative Dispute Resolution ("ADR"):

Yes _____     No_____     Decision delayed \_\_\_\_X_____

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

4. The pleadings shall be amended and new parties shall be joined on or before **December 16, 2024**.

5. Electronically Stored Information. The parties agree to follow the default standard for discovery of electronically stored information (Appendix K to Northern District of

Ohio Local Rules).

6. Protective Order. The parties agreed to the form protective order set forth in Appendix L to the Local Rules and will submit the proposed order to the Court no later than **December 2, 2024**.

7. Non-expert discovery shall be completed by **June 30, 2025**. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. Parties must comply with Local Rule 37.1 before filing any motions seeking aid from the Court in discovery matters. To satisfy the requirement for meet and confer, the parties must meet in person or by video conference. If a telephonic conference is the only available means, the parties must explain why that is so. Email communications will never be sufficient.

8. Expert discovery shall be completed as follows:

    Report(s) for party bearing the burden of proof: **July 31, 2025**

    Responsive report(s): **August 29, 2025**

    Expert discovery deadline: **September 30, 2025**

9. Class certification briefing shall be completed as follows:

    Plaintiff's Motion for Class Certification: **October 10, 2025**

    Defendant's Response in Opposition: **November 7, 2025**

    Plaintiff's Reply: **November 21, 2025**

10. The dispositive motion deadline is **30 days after the Court's ruling on Plaintiff's Motion for Class Certification**. Responses to dispositive motions must be filed within thirty (30) days of service of the dispositive motion. Replies must be filed within fourteen (14) days of the service of the response. (*See* Local Rule 7.1). No sur-reply brief may be filed

without leave from the Court. No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

11. A telephonic status conference with lead counsel is set for **April 16, 2025 at 9:00 a.m.** Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Three (3) business days before a status conference, counsel shall provide the Court with a joint status report consistent with the Court's Initial Standing Order. (*See* VIII(A).) The Status Reports need not be filed, but may be delivered via email to Brennan_Chambers@ohnd.uscourts.gov.

**IT IS SO ORDERED.**

**Date:** November 12, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

3